**No. 62997.**—Traveler Trading Co. *v.* United States, protest 58/3929 (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.